Attachment A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED

MAR 0 1 2021

U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

CORY BAILEY
_____
*Your full name*

**FEDERAL CIVIL RIGHTS**
**COMPLAINT** Bailey, Maxine
*(BIVENS* ACTION) Blalock

v.

Civil Action No.: 5-21cv32
*(To be assigned by the Clerk of Court)*

(10) U.S.P HAZELTON       SHU LT COAKLEY c/o RIFFLE
                          c/o SEIFERT compound
SHU OFFICERS              COMPOUND LT WARE   c/o WORTRING
                          COMPOUND LT SAUNDERS c/o McCarthey
                          c/o D.DILLOW
                          c/o VERNON       PSYCHOLOGY DR BANIAK
                          c/o PROCTOR
_____
*Enter above the full name of defendant(s) in this action*

I.     JURISDICTION

This is a civil action brought pursuant to **Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).** The Court has jurisdiction over this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

II.    PARTIES

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

A.   Name of Plaintiff: Cory Bailey      Inmate No.: 15887-028
     Address: U.S.P McCreary P.O. Box 3000 Pine Knot, Ky 42635

*In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided.*

**Attachment A**

B.   Name of Defendant: Compound LT WARE
     Position: COMPOUND LT
     Place of Employment: U.S.P Hazelton
     Address: U.S.P Hazelton  P.O. Box 2000
     Bruceton mill, WV 26525

     Was this Defendant acting under the authority or color of federal state
     law at the time these claims occurred?     ☑ Yes          ☐ No

     If your answer is "YES," briefly explain: ~~compound lt saunders~~
     CURSED MY WITH DARAGATORY LANGUAGE
     _____
     _____

B.1  Name of Defendant: COMPOUND LT SAUNDERS
     Position: COMPOUND LT
     Place of Employment: U.S.P HAZELTON
     Address: _____
     _____

     Was this Defendant acting under the authority or color of federal state
     law at the time these claims occurred?     ☑ Yes          ☐ No

     If your answer is "YES," briefly explain: Informed his officers
     to be aggressive
     _____
     _____
     _____

B.2  Name of Defendant: C/o SEIFERT
     Position: COMPOUND
     Place of Employment: U.S.P HAZELTON
     Address: _____

     Was this Defendant acting under the authority or color of federal state
     law at the time these claims occurred?     ☑ Yes          ☐ No

**Attachment A**

If your answer is "YES," briefly explain: THRUSTED MY HEAD INTO THE WALL AND ALSO FORCED MY ARMS TO A UNBENDABLE POSITION

B.3   Name of Defendant: C/o VERNON
Position: SHU OFFICER
Place of Employment: U.S.P HAZELTON
Address: _____

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?    ☑ Yes        ☐ No

If your answer is "YES," briefly explain: PULLED MY RIST AND ARMS THROUGH THE FOOD SLOT AND pulled and bent them causing pain

B.4   Name of Defendant: C/o DILLOW
Position: SHU Officer
Place of Employment: "
Address: "

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?    ☑ Yes        ☐ No

If your answer is "YES," briefly explain: Pulled my hair out banged me head into the floor repeatedly called me out of my name

Defendant: SHU LT Coakley

Employment: USP Hazelton

YES   Acted under the authority of color

explain: Tightend my handcuffs so tight my hand swelled
bleed and went numb for (12 hours)


Defendant: C/o Wortring

Employment: USP Hazelton

Yes   Acted under the authority of color

explain: Cut my institutional clothes off of my body with
a knife just to place me in paper shu clothing to
be shackled for (12 hours)


Defendant: M<sup>c</sup>Carthney

Employment: US.P Hazelton

Yes   Acted under the authority of Color

explain: Struck me in my face several times with blunt force


9(1A)

Defendant: DR Baniak
Employment: USP Hazelton
yes   Acted under the authority of color
explain: Told me I didnt care about my family because I was
suicidal and also did not report the assault by staff


Defendant: C/o Proctor
Employment: USP Hazelton
Yes   Acted under the authority of color
explain: I asked c/o Proctor fer help and ask why he allowed
SHU officers to influence his behavior toward me and
allowed the SHU LT to call us niggers

9 (2A)

**Attachment A**

B.5   Name of Defendant: c/o Riffle
Position: SHU officer
Place of Employment: ''
Address: ''

Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?   ☑ Yes        ☐ No

If your answer is "YES," briefly explain: Smashed my face into
the floor with the shield

III.   PLACE OF PRESENT CONFINEMENT

Name of Prison/ Institution: U.S.P Hazelton

A.   Is this where the events concerning your complaint took place?
☑ Yes        ☐ No

If you answered "NO," where did the events occur?

B.   Is there a prisoner grievance procedure in the institution
where the events occurred?        ☑ Yes        ☐ No

C.   Did you file a grievance concerning the facts relating to this complaint in the
prisoner grievance procedure?
☑ Yes        ☐ No

D.   If your answer is "NO," explain why not:

E.   If your answer is "YES," identify the administrative grievance procedure
number(s) in which the claims raised in this complaint were addressed

and state the result at level one, level two, and level three.  **ATTACH GRIEVANCES AND RESPONSES:**

LEVEL 1 _I was transferred to U.S.P Mc Creary_

LEVEL 2 _Without reciept of grivances_

LEVEL 3 _____

IV.   <u>PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES</u>

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?          ☐ Yes          ☑ No

B.   If your answer is "YES", describe each lawsuit in the space below.  If there is more than one lawsuit, describe additional lawsuits using the same format on  a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1.   Parties to this previous lawsuit:

Plaintiff(s):_____

Defendant(s):_____

2.   Court: _____
      *(If federal court, name the district; if state court, name the county)*

3.   Case Number:_____

4.   Basic Claim Made/Issues Raised: _____
_____
_____
_____

5.   Name of Judge(s) to whom case was assigned:
_____

6.   Disposition: _____
      *(For example, was the case dismissed?  Appealed?  Pending?)*

7.   Approximate date of filing  lawsuit:_____

**Attachment A**

    8.    Approximate date of disposition. Attach Copies:_____

C.    Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?
      ☑ Yes        ☐ No

D.    If your answer is "YES," briefly describe how relief was sought and the result.  If your answer is "NO," explain why administrative relief was not sought.
    Informal complaint out of general population

E.    Did you exhaust available administrative remedies?
      ☐ Yes        ☑ No

F.    If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion.  If your answer is "NO," briefly explain why administrative remedies were not exhausted.

G.    If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted.  Describe each civil action or appeal.  If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G.  PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

    1.    Parties to previous lawsuit:

**Attachment A**

Plaintiff(s): _Cory Bailey_

Defendant(s): _____

2.  Name and location of court and case number:
    _District Court Northern District of WV_
    _217 West King St Martinsburg, WV 25401_
    _3:20-cv-66_

3.  Grounds for dismissal:  ☐ frivolous  ☐ malicious
    ☐ failure to state a claim upon which relief may be granted

4.  Approximate date of filing lawsuit: _May 2020_

5.  Approximate date of disposition: _____

## V.  STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the <u>facts</u> of your case. Describe what <u>each</u> defendant did to violate your constitutional rights. **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph. **UNRELATED CLAIMS MUST BE RAISED IN SEPARATE COMPLAINTS WITH ADDITIONAL FILING FEES. NO MORE THAN FIVE (5) TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT. (LR PL 3.4.4)*

CLAIM 1: _Cruel and unusual Punishment (torture)_
_placed in shackles and beaten for mental health_
_reason_

Supporting Facts: _I was brutally assaulted by SHU staff on 2 account and also submitted to shackels (12 hours)_

**Attachment A**

_____
_____
_____
_____

CLAIM 2: _____
_____
_____
_____

    Supporting Facts: _____
_____
_____
_____
_____

CLAIM 3: _____
_____
_____
_____

    Supporting Facts: _____
_____
_____
_____
_____

CLAIM 4: _____
_____
_____
_____

    Supporting Facts: _____
_____

**Attachment A**

_____

_____

_____

CLAIM 5: _____

_____

_____

_____

_____

Supporting Facts: _____

_____

_____

_____

_____

## VI.   INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages.

Rist and ankles have puncture wounds, hair pulled out, face slammed into the wall, belly chains cut into my sides

## VII.   RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. _Make no legal arguments. Cite no cases or statutes._

Commute my Sentence. Sentence reduction restitution for pain and suffering monetary fine

**Attachment A**

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at ___U.S.P McCreary___ on ___Feb 14, 2021___.
        (Location)              (Date)

_____
Your Signature

Attachment E

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

FILED

MAR 0 1 2021

U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

_____

CORY BAILEY
*Your full name*

v.                                          Civil Action No.: S:21cv32

(11) U.S.P HAZELTON

SHU OFFICERS

_____

_____

*Enter above the full name of defendant(s) in this action*

**Certificate of Service**

I, _____ (your name here), appearing *pro se*, hereby certify

that I have served the foregoing Bivens Complant Cruel and unusual Punishment (Torture) (title of

document being sent) upon the defendant(s) by depositing true copies of the same in the

United States mail, postage prepaid, upon the following counsel of record for the

defendant(s) on Feb 14, 2021 (insert date here):

(List name and address of counsel for defendant(s))

_____
(sign your name)